# UNITED STATES DISTRICT COURT FOR
# THE NORTHEN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ELAINE L. CHAO, Secretary of Labor,**
**United States Department of Labor,**

        **Plaintiff,**                      Case No. 3:08cv271/MCR

v.

**GFD CONSTRUCTION, INC.**

        **Defendant.**
_____/

## O R D E R

This cause comes before the court on plaintiff's motion for temporary restraining order, preliminary injunction, and permanent injunction, filed June 23, 2008. Defendant was served with process on June 25, 2008. The court conducted a hearing on the request for preliminary and permanent injunctive relief on June 27, 2008, at which counsel for the Secretary presented testimony. Additionally, GFD Construction, Inc., owner Anthony Green gave testimony and was also permitted to submit documents in evidence.

The court has considered the testimony and evidence before it, as well as plaintiff's motion and memorandum in support. For the reasons stated in plaintiff's memorandum, the court concludes that the four factors necessary for issuance of a preliminary and permanent injunction have been satisfied. The injunction therefore shall issue, to wit: Defendant, GFD Construction, Inc., and its agents, employees, and all others in active concert and participation with the defendant, be and the same are hereby preliminarily and

permanently enjoined from:

> Interfering with, hindering, and delaying the Secretary of Labor or her authorized representative in carrying out the provisions of the Federal Mine Safety and Health Act of 1977, 30 U.S.C. § 801 et seq., specifically including, but not limited to, refusing entry into the mine to authorized representatives of the Secretary of Labor who are attempting to conduct inspections authorized by the Act, refusing to allow access to equipment at the mine (including but not limited to, dredges, screens, and trucks), refusing and/or failing to provide documents, refusing to provide information upon request, and refusing to provide assistance with said inspection.

The United States Marshal's Service shall serve a copy of this order by delivering same to defendant and by conspicuously posting same at the mine located in Escambia County, Florida.

Therefore, IT IS HEREBY ORDERED:

1. Plaintiff's motion for temporary restraining order, preliminary injunction, and permanent injunction (doc. 3) is GRANTED, to the extent that a preliminary and permanent injunction is issued as stated herein.

2. Defendant, GFD Construction, Inc., and its agents, employees, and all others in active concert and participation with the defendant, be and the same are hereby preliminarily and permanently enjoined from:

> Interfering with, hindering, and delaying the Secretary of Labor or her authorized representative in carrying out the provisions of the Federal Mine Safety and Health Act of 1977, 30 U.S.C. § 801 et seq., specifically including, but not limited to, refusing entry into the mine to authorized representatives of the Secretary of Labor who are attempting to conduct inspections authorized by the Act, refusing to allow access to equipment at the mine (including but not limited to, dredges, screens, and trucks), refusing and/or failing to provide documents, refusing to provide information upon request, and refusing to provide assistance with said inspection.

3. The United States Marshal's Service shall serve a copy of this order by promptly delivering same to defendant or its registered agent at 8777 Ashland Avenue, Pensacola, Florida. The United States Marshal's Service shall also promptly and conspicuously post a copy of this order at the mine, which is located in Escambia County, Florida. The mine's name is "Green's Pits" and is located on Blossom Trail, Pensacola,

Florida.  Directions to the mine, as set forth in the U.S. Department of Labor's Identity Report, are as follows: Highway 29 to Diamond Dairy to Wingfoot South on Rolling Hills to Blossom Trail.

    4.    There is no requirement for security under Fed.R.Civ.P. 65(c).

DONE AND ORDERED this 27th day of June 2008.

                      *s/ M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **UNITED STATES DISTRICT JUDGE**